IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br><br>DAVID MÉNDEZ-CÁRDENAS,<br>*Defendant.* | CRIMINAL NO.: 25-291 (ADC) |

**MOTION TO MODIFY CONDITIONS OF RELEASE**
**(Modifying from Home Detention to Curfew)**

TO THE HONORABLE COURT:

1. On June 24, 2025, the Honorable Hector Ramos-Vegas, United States Magistrate Judge, granted Mr. Méndez-Cárdenas conditions of release that included home detention with electronic monitoring. (DE-11).

2. Mr. Méndez-Cárdenas has remained on conditions of release, without issue, during the pendency of this case.

3. On October 30, 2025, Mr. Méndez-Cárdenas filed a Motion to Modify Conditions of Release to allow him to assist his partner, Ms. Swuani Escalera-Agosto, with her children's sports activities. (DE-32). This Court granted the request. (DE-34). Mr. Méndez-Cárdenas has continued to abide by these modified conditions without issue and maintained solid communication with all involved parties.

4. Mr. Méndez-Cárdenas now respectfully requests this Honorable Court reduce the electronic monitoring bail condition from home detention to curfew. The curfew should be set at the discretion of the supervising probation office, David Vazquez, who is most familiar with Mr. Méndez-Cárdenas's schedule and needs. This

1

will allow Mr. Méndez-Cárdenas to continue in his role as a father-figure for Ms. Escalera-Agosto's children and assist her by taking them to various family events and holiday activities.

WHEREFORE, the Defendant, David Méndez-Cárdenas, respectfully requests this Honorable Court grant this this motion and modify his conditions of release as requested.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system, which will send electronic notification of said filing to all parties of record.

**RESPECTFULLY SUBMITTED,**

In San Juan, Puerto Rico, this 16th day of December, 2025.

RACHEL BRILL
FEDERAL PUBLIC DEFENDER
District of Puerto Rico

***s/ Andrew S. McCutcheon***
Andrew S. McCutcheon
First Assistant Federal Public Defender
Government No. G02217
241 F.D. Roosevelt Ave.
Hato Rey, P.R. 00918-2441
(787) 281-4922/ Fax (787) 281-4899
E-mail: Andrew_McCutcheon@fd.org