United States District Court
District of Puerto Rico
Exhibits Log: 25-CR-291-ADC 4-24-2026 Evidentiary Hearing

| EXHIBIT | DESCRIPTION | RLS |
|---------|-------------|-----|
| Gov-1 | Appeals Checked Worksheet | No |
| Gov-2 | Marriage Certificate | No |
| Gov-3 | Judgment - State of Connecticut Superior Court | No |
| Gov-4 | Notice of Appear | No |
| Gov-5 | Notice of Hearing in Removal Proceedings | No |
| Gov-6 | Notice of Hearing in Removal Proceedings | No |
| Gov-7 | Notice of Hearing in Removal Proceedings | No |
| Gov-8 | Notice of Hearing in Removal Proceedings | No |